**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LAWRENCE COVINGTON,**

    **Plaintiff,**

**vs.**                                  **CASE NO. 4:05CV224-MMP/AK**

**DEFENDANT BROWN, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

By Order dated July 6, 2005, Plaintiff was ordered to submit a partial filing fee of $10.66 on or before August 10, 2005. (Doc. 5). No fee was submitted, and an order to show cause was entered on August 31, 2005, directing a response on or before September 16, 2005. (Doc. 8). Plaintiff responded and stated that he could not pay the partial filing fee at this time and did not know when he would be able to make such a payment. (Doc. 9). Plaintiff was advised that the partial filing fee is mandatory and if he is unwilling or unable to pay it, he should consider dismissing his complaint. (Doc. 10). Plaintiff was further warned that he must pay the partial fee on or before October 21, 2005, or it would be recommended that this cause be dismissed.

As of this date no fee has been paid and there has been no further communication from the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **10th** day of November, 2005.

s/ A. KORNBLUM
ALLAN KORNBLUM
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv38-MMP/AK