IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE E COVINGTON,

      Plaintiff,

v.                                                    CASE NO. 4:05-cv-00224-MP-AK

DEBRA DAVIS,
et al.,

      Defendants.

_____/

# O R D E R

This matter is before the Court on Doc. 11, the Report and Recommendation of the

Magistrate Judge, recommending that this matter be dismissed without prejudice for failure to

pay the filing fee.  The plaintiff filed objections, doc. 12, in which he promised to pay the filing

fee by December 8, 2005.  Plaintiff has not paid the filing fee.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.      This action is DISMISSED without prejudice, and the clerk is directed to close
the file.

**DONE AND ORDERED** this _ 23rd_ day of January, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge